**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 9 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE #1; JOHN DOE #2, | Nos. 22-15103 |
| Plaintiffs-Appellees, | D.C. No. 3:21-cv-00485-JCS<br>Northern District of California,<br>San Francisco |
| v. | |
| TWITTER, INC., | ORDER |
| Defendant-Appellant. | |
| JOHN DOE #1; JOHN DOE #2, | No. 22-15104 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-00485-JCS<br>Northern District of California,<br>San Francisco |
| v. | |
| TWITTER, INC., | |
| Defendant-Appellee. | |

Before: VANDYKE and SANCHEZ, Circuit Judges, and S. MURPHY, III,[*] District Judge.

Judges VanDyke and Sanchez have voted to deny rehearing en banc, and Judge Murphy has recommended to deny the same. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether

---

[*] The Honorable Stephen Joseph Murphy III, United States District Judge for the Eastern District of Michigan, sitting by designation.

to rehear the matter en banc. Fed. R. App. P. 35. The panel judges have voted to deny the petition for panel rehearing.

Accordingly, Plaintiffs' petition for panel rehearing and rehearing en banc, filed May 17, 2023 (Docket Entry No. 80 in Case No. 22-15103 and Docket Entry No. 78 in Case No. 22-15104), is DENIED.